Charles Corcoran, defendant in error, v. Taylor Collieries Company and Taylor Coal Company, plaintiffs in error.

Opinion filed September 18, 1933.

Essington & McKibbin and Charles E. Feirich, for plaintiffs in error. A. D. Morgan and J. Roy Browning, for defendant in error.

Mr. Presiding Justice Edwards delivered the opinion of the court.

Margaret Clare (Williams), appellee, v. The Bond County Gas Company, appellant.

Opinion filed September 18, 1933.

C. E. Davidson and J. G. Burnsides, for appellant. Meyer & Meyer, for appellee.

Mr. Justice Murphy delivered the opinion of the court.

George Theodorakos et al., appellants, v. Gus Mehilos and Frank Rigas, appellees.

Gus Mehilos and Frank Rigas, appellees, v. George Theodorakos et al., appellants.

Opinion filed September 18, 1933. Rehearing denied October 24, 1933.

E. M. Jacoby and Wilbur A. Trares, for appellants. Wm. B. Boynton, for appellees.

Mr. Justice Murphy delivered the opinion of the court.

Thomas O'Connell, defendant in error, v. Charles L. Chelf, plaintiff in error.

Opinion filed September 18, 1933.

John W. Freels, for plaintiff in error; Ropiequet & Freels, of counsel. Beasley & Zulley, for defendant in error.

Mr. Justice Murphy delivered the opinion of the court.